IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR JEROME WALTHOUR, SR., | : | CIVIL ACTION |
| Plaintiff, | : | NO. 09-05289 |
| v. | : | |
| GEORGE MILLER, et al., | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 22nd day of June, 2010, upon consideration Plaintiff's Complaint (Doc. No. 1), Plaintiff's supplemental amendments to the Complaint (Doc. No. 2), Defendants' Motions to Dismiss (Doc. Nos. 7 and 10), and Plaintiff's response thereto (Doc. No. 12), it is ORDERED that Defendants' Motions to Dismiss are GRANTED in part and DENIED in part as follows:

1. Defendant Judge Strohl's Motion to Dismiss (Doc. No. 10) is GRANTED and all claims as to Judge Strohl are DISMISSED.

2. The Motion to Dismiss filed on behalf of Defendants Tom Worrilow (incorrectly captioned as "Tom Warlow") and the Delaware County Park Police (Doc. No. 7) is GRANTED. All claims against these Defendants are therefore DISMISSED.

3. The Motion to Dismiss filed on behalf of Defendant George Miller (Doc. No. 7) is DENIED as to Defendant Miller.

4. Defendant Miller shall file an Answer to the Complaint within twenty-one (21)

days from the date of this Order.

BY THE COURT:

 /s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.