IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR JEROME WALTHOUR, SR., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 09-5289 |
| v. | : | |
| | : | |
| GEORGE MILLER, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 10th day of June 2011, upon consideration of Defendant George Miller's Motion for Summary Judgment (Doc. No. 34), Defendant George Miller's Statement of Undisputed Facts and attached exhibits (Doc. No. 35), and Plaintiff Victor Walthour Sr.'s Brief in Opposition to Defendant's Motion for Summary Judgment and attached exhibits (Doc. Nos. 37, 38), and in accordance with the Opinion of this Court dated June 8, 2011, it is ORDERED as follows:

(1) Defendant George Miller's Motion for Summary Judgment (Doc. No. 34) is GRANTED.

(2) The Clerk of Court shall CLOSE the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.